UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NEW JERSEY BUILDING LABORERS
STATEWIDE BENEFIT FUNDS AND THE
TRUSTEES THEREOF,

    Petitioners,

v.

CCL CONSTRUCTION, LLC,

    Respondent.

Civil Action No. 24-7701 (MAS) (JTQ)

**MEMORANDUM ORDER**

    This matter comes before the Court on New Jersey Building Laborers Statewide Benefit Funds and the Trustees Thereof's ("Petitioners") Petition to Confirm Arbitration Award ("Petition") (ECF No. 1) and Motion to Confirm Arbitration Award ("Motion") (ECF No. 2). CCL Construction, LLC ("Respondent") has not appeared in this action.

    The proposed form of judgment accompanying Petitioners' Motion seeks a judgment in the amount of $95,387.26, plus filing fees in the amount of $405. (Proposed Judgment, ECF No. 2-3.) The arbitrator, however, entered an arbitration award in the amount of "**$95,708.29**" plus the filing fee. (Arbitration Award & Order, ECF No. 1 at *24) (emphasis in original). Accordingly, there is a discrepancy between the arbitrator's award and the proposed form of judgment. Petitioners, however, failed to submit a brief or Certification that accounted for the discrepancy. Instead, Petitioners stated that they did not file a brief because "there does not appear to be any legal or factual issue in dispute[.]" (Statement, ECF No. 2-1.)

Here, the Court finds good cause to deny Petitioners' Motion without prejudice and require Petitioners to file a supplemental certification or renewed motion that accounts for the discrepancy. Based on the foregoing, and for other good cause shown,

**IT IS**, on this <u>26th</u> day of February 2025, **ORDERED** as follows:

1. Petitioners' Motion to Confirm Arbitration Award (ECF No. 2) is **DENIED** without prejudice.

2. Petitioners may file a supplemental certification that adequately accounts for the discrepancy by **March 26, 2025**. Alternatively, Petitioners may file a renewed motion by **March 26, 2025**.[1]

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

---

[1] Petitioners' supplemental certification or renewed motion must also include proof of service on Respondent.